# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PRIORITY RECORDS LLC, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06CV728** |
| **vs.** ) | |
| ) | **ORDER** |
| **EARLLENE TWYMAN,** ) | |
| ) | |
| **Defendant.** ) | |

In Filing NO. [9], plaintiffs request that the defendant's name in the caption of this lawsuit be amended and changed to "Earllene Twyman, aka Earllene Clemons, aka Earllene Clemons-Twyman."  For good cause shown,

**IT IS ORDERED** that plaintiffs' request [9] is granted.  The Clerk shall amend the caption of the case to reflect the named defendant as "Earllene Twyman, aka Earllene Clemons, aka Earllene Clemons-Twyman."  All existing filings in this case are deemed to be so amended *instanter*.

**DATED April 25, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**