IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRIORITY RECORDS, LLC, a California limited liability company, MOTOWN RECORD COMPANY, L.P., a California limited partnership, UMG RECORDINGS, Inc., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, ARISTA RECORDS, LLC, a Delaware limited liability company, and BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>EARLLENE TWYMAN,<br><br>        Defendant. | CASE NO. 8:06CV728<br><br><br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Plaintiff's Motion to Dismiss without prejudice. The Court finds that the motion complies with the requirements of Fed. R. Civ. P. 41(a), and this matter should be dismissed without prejudice.

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss (Filing No. 25) is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties will pay their own costs and attorney fees unless otherwise agreed in writing by and between them.

DATED this 6th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge